## ABRAHAM EDWARDS, ANTHONY BEELIN, HENRY C. BOSLER AND LOUIS BELMAN, LATE PARTNERS UNDER THE FIRM OF ABRAHAM EDWARDS & CO., *versus* HENRY HUDSON

JOURNAL ENTRIES (1821–22): *Journal 3:* (1) Continued *p. 191; (2) jury impaneled *p. 288; (3) name of witness sworn *p. 289; (4) constable sworn to attend jury *p. 289; (5) verdict, motion in arrest of judgment *p. 289; (6) judgment *p. 365.

PAPERS IN FILE: (1) Recognizance and precipe for habeas corpus; (2) writ of habeas corpus cum causa; (3) transcript of county court record; (4) declaration; (5) plea of not guilty; (6) panel of jurors; (7) verdict; (8) attachment for Louis Peltier; (9) precipe for execution fi. fa.; (10) writ of fi. fa. and return.

*Office Docket*, MS p. 126, c. 34. Recorded in *Book A*, MS pp. 507–17.